NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLUOR FEDERAL SOLUTIONS, LLC,**

*Appellant*

**v.**

**SECRETARY OF THE NAVY,**

*Appellee*

---

2025-1853

---

Appeal from the Armed Services Board of Contract Appeals in No. 61543, Administrative Judge David D'Alessandris, Administrative Judge Michael N. O'Connell, Administrative Judge Owen C. Wilson.

--------------------------------------------------

**FLUOR FEDERAL SOLUTIONS, LLC,**

*Appellant*

**v.**

**SECRETARY OF THE NAVY,**

*Appellee*

---

2025-1856

2  FLUOR FEDERAL SOLUTIONS, LLC V. SECRETARY OF THE NAVY

_____

Appeal from the Armed Services Board of Contract Appeals in No. 61543, Administrative Judge David D'Alessandris, Administrative Judge Michael N. O'Connell, Administrative Judge Owen C. Wilson.

_____

## O R D E R

Upon consideration of the joint stipulation to voluntarily dismiss Appeal No. 2025-1856,

IT IS ORDERED THAT:

(1) Appeal No. 2025-1856 is DISMISSED under Fed. R. App. P. 42 (b).

(2) The revised official caption for Appeal No. 2025-1853 is reflected above.

(2) Each side shall bear their own costs as to Appeal No. 2025-1720.

FOR THE COURT

July 14, 2025
      Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE (as to Appeal No. 2025-1856 only):** July 14, 2025